[No. 5910.]

## WILSON v. THE PEOPLE.

Case controlled by the opinion in Gibson v. The People, ante, p. 600.

### Error to El Paso County Court.
### Hon. Robert Kerr, Judge.

Mr. W. D. LOMBARD and Mr. S. H. KINSLEY, for plaintiff in error.

Hon. N. C. MILLER, attorney general, Mr. W. D. RAMSEY, assistant attorney general, Mr. C. C. HAMLIN, district attorney, and Mr. W. R. RAMSEY, deputy district attorney, for the people.

Mr. JUSTICE CAMPBELL delivered the opinion of the court:

By consent of counsel this cause was consolidated for hearing in this court with another pending cause entitled *Gibson v. The People, ante,* p. 600. Precisely the same questions of law and fact are present in the two cases. The decision there is controlling here. In accordance therewith the judgment of the county court is reversed and the cause remanded with instructions to the county court to discharge the defendant. *Reversed and remanded.*

CHIEF JUSTICE STEELE and Mr. JUSTICE GABBERT concur.